# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACK FEINTUCH,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER M. CRANE, et al.,<br><br>    Defendants, | Case No. 1:20-cv-02255<br><br>Honorable Virginia M. Kendall |

## PLAINTIFF'S UNOPPOSED MOTION TO VOLUNTARILY DISMISS ACTION

Plaintiff Jack Feintuch ("Feintuch") respectfully moves to voluntarily dismiss the pending action pursuant to Fed. R. Civ. P. 23.1(c) without prejudice. Defendants have moved to dismiss the action asserting that pre-suit demand must be made upon the Exelon Corporation's Board of Directors. (ECF Nos. 44-47, 48). Feintuch intends to make such demand, which may obviate defendants' arguments seeking dismissal of the derivative complaint.

Pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure, a derivative action may only be voluntarily dismissed with approval of the presiding court. Dismissal of this action will allow Feintuch to make a litigation demand upon Exelon that will either be accepted or rejected by the Exelon board of directors. This action was filed on April 10, 2020 and its dismissal will not result in the lapsing of any statute of limitations that would prevent the re-filing of the action after demand has been made. Exelon shareholders were not provided any notice of the initial filing of the Feintuch complaint and no notice need be provided of its voluntary dismissal.

Defendants have been advised of Plaintiff's motion to voluntarily dismiss and do not oppose its entry reserving all rights they may have including seeking fees or a security.

For these reasons, Plaintiff respectfully requests that this Court grant the voluntary dismissal of this action without prejudice.

Dated: July 27, 2020

Respectfully submitted,

Plaintiff

By: s/*Marvin A. Miller*
Marvin A. Miller
**MILLER LAW LLC**
115 S. LaSalle St., Suite 2910
Chicago, Illinois 60603
Tel: 312-332-3400
E-mail: mmiller@millerlawllc.com

**GLANCY PRONGAY & MURRAY LLP**
Matthew M. Houston
Benjamin I. Sachs-Michaels
712 Fifth Avenue
New York, New York 10019
Telephone: (212) 935-7400
E-mail: mhouston@glancylaw.com

-and-

Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
E-mail: rprongay@glancylaw.com

*Attorneys for Plaintiff Jack Feintuch*

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2020, I caused a true and correct copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION TO VOLUNTARILY DISMISS ACTION** to be filed electronically. Notice of the filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Marvin A. Miller
Marvin A. Miller